**Vicky HARDY, Plaintiff–Appellant,**

v.

**Ernest R. SUTTON, Superintendent at Pasquotank Correctional Center; Ms. Vankeuren, Medical Services at Pasquotank Correctional Center, Defendants–Appellees.**

No. 06–7701.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 31, 2007.

Decided: June 11, 2007.

Vicky Hardy, Appellant Pro Se. Yvonne Bulluck Ricci, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before WILLIAMS, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vicky Hardy appeals the district court's order dismissing Hardy's 42 U.S.C. § 1983 complaint without prejudice for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. While the district court may have erred in dismissing the complaint for failure to exhaust under the Supreme Court's recent decision in *Jones v. Bock,* —— U.S. ——, 127 S.Ct. 910, 166 L.Ed.2d 798 (2007), we affirm the district court's order on the modified ground that Hardy cannot proceed on claims based upon respondeat superior and supervisory

liability. *See Shaw v. Stroud,* 13 F.3d 791, 799 (4th Cir.1994); *Wright v. Collins,* 766 F.2d 841, 850 (4th Cir.1985). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*